

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Chambers County, Texas v. Pelco Construction Company

Appellate case number:   01-18-00832-CV

Trial court case number:  CV26356

Trial court:              344th District Court of Chambers County

     Appellee Pelco Construction Company filed a motion for en banc reconsideration. After consideration, the en banc court **denies** the motion for en banc reconsideration.

Judge's signature: /s Sherry Radack
               Acting for the Court

En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:  February 10, 2022